In the matter of the probate of the alleged lost will of ELIZA A. S. CALEF, deceased.

[Decided October 17th, 1932.]

*Messrs. Heine & Laird,* for the appellant.

*Messrs. Quinn, Parsons & Doremus,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Berry, and reported in *109 N. J. Eq. 181.*

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ.   13.

*For reversal*—None.